SOMACH SIMMONS & DUNN
A Professional Corporation
MICHAEL E. VERGARA, ESQ. (SBN 137689)
ERIC W. DAVIS, ESQ. (SBN 238343)
BRIAN D. POULSEN (SBN 252078)
813 Sixth Street, Third Floor
Sacramento, CA 95814-2403
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Plaintiff S & L Oil, Inc.

LEWIS BRISBOIS BISGAARD & SMITH LLP
KATHLEEN E. HEGEN, ESQ. (SBN 104522)
One Sansome St., Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant Zurich American
Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S & L Oil, Inc., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Zurich American Insurance Company, a New York Corporation,<br><br>　　　　　Defendant. | CASE NO. 07-CV-01883-MCE-KJM<br><br>STIPULATION AND ORDER AMENDING COMPLAINT TO ADD S&L OIL, JV AND THREE WIVES, INC. AS PLAINTIFFS AND REAL PARTIES IN INTEREST AND AMENDING COUNTER CLAIM TO ADD NICK GOYAL AS COUNTER-DEFENDANT |

Plaintiff, S&L Oil, Inc., and Defendant Zurich American Insurance Company (collectively referred to as "Parties") hereby stipulate by and between their respective counsel, pursuant to Rule 15, subdivision (a)(2), of the Federal Rules of Civil Procedure, and subject to the approval of this Court, to amend Plaintiff's Complaint adding S&L Oil, JV and Three Wives, Inc. as Plaintiffs and Real Parties in Interest in the present case.

///

STIPULATION AND [PROPOSED] ORDER                                                                                                   **-1-**

PDF created with pdfFactory trial version www.pdffactory.com

Parties also stipulate by and between their respective counsel, pursuant to Rule 15, subdivision (a)(2), of the Federal Rules of Civil Procedure, and subject to the approval of this Court, to amend Defendant's Counterclaim adding Nick Goyal as a Counter-Defendant in this action.

Nothing herein shall constitute an admission of any kind on the part of any Party with respect to any claim or cause of action arising out of, or otherwise related to the instant action. Moreover, nothing herein shall constitute a waiver of any Party's right to respond to any such amended pleading by way of a demurrer, motion to dismiss, motion to strike, motion to quash or any other responsive pleading.

The Parties shall file their amended pleadings within forty-eight (48) hours after filing this Stipulation and [Proposed] Order.

Dated:  August 13, 2008    SOMACH, SIMMONS & DUNN
                           A Professional Corporation


                           By:    /s/ Michael E. Vergara
                                  Michael E. Vergara
                                  Attorney for Plaintiff
                                  S & L Oil, Inc.


Dated:  August 13, 2008    LEWIS BRISBOIS BISGAARD & SMITH LLP


                           By:    /s/ Kathleen E. Hegan (Original signature
                                  retained by Attorney Michael E. Vergara)
                                  Kathleen E. Hegen
                                  Attorneys for Defendant
                                  Zurich American Insurance Company

STIPULATION AND [PROPOSED] ORDER                                          -2-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED that, pursuant to Rule 15, subdivision (a)(2), of the Federal Rules of Civil Procedure, the request to amend the Complaint to add S&L Oil, JV and Three Wives, Inc. as Plaintiffs and Real Parties in Interest, and to amend the Counterclaim to add Nick Goyal as a Counter-Defendant is GRANTED.

DATED: August 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com