UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

S & L OIL, INC., a California
corporation; S & L Oil, JV,
a California Joint Venture;
and THREE WIVES, INC., a
California Corporation,

No. 2:07-cv-01883-MCE-KJM

     Plaintiffs,

  v.   **ORDER**

ZURICH AMERICAN INSURANCE
COMPANY, a New York Corporation,

     Defendant.
_____

ZURICH AMERICAN INSURANCE
COMPANY, a New York Corporation,

     Counter-Claimant,

S & L OIL, INC., a California
Corporation; S & L Oil. JV,
a California Joint Venture;
and THREE WIVES, INC., a
California Corporation, and
NICK GOYAL,

     Counter-Defendants.

----oo0oo----

1

1     The Court is in receipt of Defendant's Application to Tax
2 Costs.  The Application as submitted is deficient because it
3 lacks sufficient documentation supporting Defendant's requested
4 reimbursements, specifically its reproduction costs.
5 Accordingly, Defendant is hereby ordered to submit further
6 documentation specifying the source and nature of its sought-
7 after costs not later than August 28, 2009.  Defendant is also
8 directed to utilize the Bill of Costs form provided on the
9 Eastern District of California website in its supplemental
10 filing.
11     IT IS SO ORDERED.
12 Dated: August 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2